IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AX WIRELESS LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 2:22-cv-279-JRG-RSP |
| | § | |
| HP INC., | § | |
| Defendant. | § | |

**DECLARATION OF KEITH TABACEK IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS**

I, Keith Tabacek, declare as follows:

1. I am the Head of Real Estate Strategy and Planning at HP Inc. ("HP") and am regularly involved in the day-to-day real estate matters of HP. My business address is 1501 Page Mill Road, Palo Alto, California, 94304.

2. I have been employed by HP in various capacities between January 2017 and now. I have been HP's Head of Real Estate Strategy and Planning since 2017.

3. I have personal knowledge of the HP-related facts and circumstances described in this Declaration and can competently testify as to those matters discussed if called as a witness to do so.

4. I submit this declaration in support of HP's Motion to Dismiss in the above-captioned litigation. I have been informed and understand that Plaintiff AX Wireless ("Plaintiff") filed this suit in the Marshall Division of the Eastern District of Texas. I am further informed that the Eastern District of Texas includes the following counties: Anderson, Angelina, Bowie, Camp,

Cass, Cherokee, Collin, Cooke, Delta, Denton, Fannin, Franklin, Grayson, Gregg, Hardin, Harrison, Henderson, Hopkins, Houston, Jasper, Jefferson, Lamar, Liberty, Marion, Morris, Nacogdoches, Newton, Orange, Panola, Polk, Rains, Red River, Rusk, Sabine, San Augustine, Shelby, Smith, Titus, Trinity, Tyler, Upshur, Van Zandt, and Wood.

5. HP is a Delaware corporation and maintains its worldwide headquarters and principal place of business at 1501 Page Mill Road, Palo Alto, California 94304.

6. HP does not maintain an office or other place of business in the Eastern District of Texas. HP does not own, lease, or maintain any property in the Eastern District of Texas. HP has offices elsewhere in Texas, including in Spring, El Paso, and Austin, Texas.

7. HP previously had facilities in the Plano Texas area, but that arrangement concluded prior to 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 27, 2022.

*[signature]*
Keith Tabacek
Real Estate Strategy and Planning
HP Inc.