IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AX WIRELESS LLC,<br><br>       Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>       Defendant. | Case No. 2:22-cv-279-JRG-RSP |

**DECLARATION OF BARRY K. SHELTON IN SUPPORT OF DEFENDANT HP INC.'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER RULE 12(B)(3)**

I, Barry K. Shelton, hereby declare, under penalty of perjury, as follows:

1. I am a partner of Winston & Strawn LLP, and counsel for Defendant HP Inc. ("HP") in this matter. I have personal knowledge of the facts set forth herein and if called upon to testify hereto, I could and would do so.

2. I submit this declaration and exhibits attached hereto in support of HP's Motion to Dismiss for Improper Venue Under Rule 12(b)(3).

3. I requested Accurint Comprehensive Address Reports for the three addresses that AX Wireless alleged in paragraph 10 of its complaint to be regular and established places of business for HP in the Eastern District of Texas.

4. The first address identified in paragraph 10 of the complaint as an HP office or facility, 6901 Windcrest Drive, Plano, Texas 75024, is shown as possibly associated with DXC Technology Services LLC, which is not related to HP. A true and correct copy of the Accurint Comprehensive Address Report for this address is attached hereto as Exhibit A.

1

5. The second address identified in paragraph 10 of the complaint as an HP office or facility, 7000 Parkwood Boulevard, Plano, Texas 75024, is shown as owned by EDS Legacy Partners LLC, which is not related to HP.  A true and correct copy of the Accurint Comprehensive Address Report for this address is attached hereto as Exhibit B.

6. The third address identified in paragraph 10 of the complaint as an HP office or facility, 2800 Dallas Parkway, Plano, Texas 75093, is shown as owned by LHP Hospital Group Inc., which is not related to HP.  A true and correct copy of the Accurint Comprehensive Address Report for this address is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 3, 2022                                         /s/ *Barry K. Shelton*
                                                                                Barry K. Shelton