# EXHIBIT A

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

# Comprehensive Address Report

**Date: 10/03/22**
**Reference Code: 180761.00005_B. SHELTON**
**Address:** 6901 WINDCREST DR, PLANO, TX 75024-4142

**Current Ownership:**
[None Found]

**Previous Ownership:**
[None Found]

**Business Phones at Address:**
972-378-0367 - - DCX - CDT
972-378-9134 - - DCX - CDT
972-378-9983 - - DCX - CDT
972-378-5273 - - DXC - CDT
972-378-1716 - - DXC TECHNOLOGY SERVICES LLC - CDT
972-378-9968 - - DXC- WELLMARK - CDT

**Possible Current Residents:**
[None Found]

**Possible Previous Residents:**
MS LISA G BRASFIELD - SSN: 450-51-xxxx    DOB: 07/xx/1965
    **Names Associated with Resident:**
    MS GAIL L BRASFIELD - SSN: 450-51-xxxx    DOB: 07/xx/1965
    MS LISA BRASFIELD - SSN: 450-51-xxxx    DOB: 07/xx/1965
    MS LISA BRASFILED - SSN: 450-51-xxxx    DOB: 07/xx/1965
    MS LISA FUENTES - SSN: 450-51-xxxx    DOB: 07/xx/1965
    MS LISA GAIL - SSN: 450-51-xxxx    DOB: 07/xx/1965
    MS LISA GAIL BRASFIELD - SSN: 450-51-xxxx    DOB: 07/xx/1965
    MS LISA G BRASFIELD - SSN: 450-51-xxxx    DOB: 07/1965
    Current Address: 700 VIA BRAVO, MESQUITE, TX 75150-3018

MS ANNETTE CHRISTINE STEWART - SSN: 457-11-xxxx    DOB: 04/xx/1962
    **Names Associated with Resident:**
    MS ANNETT C BUCK - SSN: 457-11-xxxx    DOB: 04/xx/1962
    MS ANNETTE BUCK - SSN: 457-11-xxxx    DOB: 04/xx/1962
    MS ANNETTE STEWART - SSN: 457-11-xxxx    DOB: 04/xx/1962
    MS ANNETTE B BUCK - SSN: 457-11-xxxx    DOB: 04/xx/1962
    MS ANNETTE C BUCK - SSN: 457-11-xxxx    DOB: 04/1962
    MS ANNETTE C BUCK - SSN: 457-11-xxxx    DOB: 04/xx/1962

    MS ANNETTE C STEWART - SSN: 457-11-xxxx    DOB: 04/xx/1962
    MS ANNETTE CHRISTINE BUCK - SSN: 457-11-xxxx    DOB: 04/xx/1962
    MS ANNETTE CHRISTINE BUCK - SSN: 457-11-xxxx    DOB: 1962
  Current Address: 5033 WALKER DR, THE COLONY, TX 75056-1122

MR RALPH MANUEL BUTLER - SSN: 597-18-xxxx    DOB: 05/xx/1976
  **Names Associated with Resident:**
    MR RALPH M BUTLER-ARMAIZ - SSN: 597-18-xxxx    DOB: 05/xx/1976
  Current Address: E4 CALLE 1, TRUJILLO ALTO, PR 00976-4013

MR DENRICK F CITZMAN - SSN: 567-89-xxxx    DOB: 12/xx/1967
  **Names Associated with Resident:**
    MR DEANRICK F CITZMAN - SSN: 567-89-xxxx    DOB: 12/1967
    MR DEANRICK F CITZMAN - SSN: 567-89-xxxx    DOB: 12/xx/1967
    MR DENRICK CITEMAN - SSN: 567-89-xxxx    DOB: 12/xx/1968
    MR DENRICK CITEMAN - SSN: 567-89-xxxx    DOB: 12/xx/1967
    MR DENRICK CITZMAL - SSN: 567-89-xxxx    DOB: 12/xx/1967
    MR DENRICK F CITZMAN - SSN: 567-89-xxxx    DOB: 12/xx/1968
    MR DENRICKK F CITZMAN - SSN: 567-89-xxxx    DOB: 12/1967
    MR F CITZMAN DEANRICK - SSN: 567-89-xxxx    DOB: 12/xx/1967
    MR F CITZMAN DENRICK - SSN: 567-89-xxxx    DOB: 12/xx/1967
    MR F CITZMAN DENRICKK - SSN: 567-89-xxxx    DOB: 12/xx/1967
    MR ROLELYN C DENRICK - SSN: 567-89-xxxx    DOB: 12/1967
    MR DENRICK CITZMAN - SSN: 567-89-xxxx    DOB: 12/xx/1967
    MR DENRICKK F CITZMAN - SSN: 567-89-xxxx    DOB: 12/xx/1967
  Current Address: 3129 ROYAL OAKS DR, PLANO, TX 75074-2925

MS JEANNIE PATRICIA CORZINE - SSN: 450-08-xxxx    DOB: 05/xx/1955
  **Names Associated with Resident:**
    MS J CORZINE - SSN: 450-08-xxxx    DOB: 05/xx/1955
    MS JEANNIE CORZINE - SSN: 450-08-xxxx    DOB: 05/xx/1955
    MS JEANNIE CROZINE - SSN: 450-08-xxxx    DOB: 05/xx/1955
    MS JEANNIE P CORZINE - SSN: 450-08-xxxx    DOB: 05/xx/1955
    MS JEN CORZINE - SSN: 450-08-xxxx    DOB: 05/xx/1955
    MS JENNIFER CORZINE - SSN: 450-08-xxxx    DOB: 05/xx/1955
    MS JENNIFER P CORZINE - SSN: 450-08-xxxx    DOB: 05/xx/1955
    MS P CORZINE - SSN: 450-08-xxxx    DOB: 05/xx/1955
    MS JEANIE P CORZINE - SSN: 450-08-xxxx    DOB: 05/xx/1955
    MS JEANNIE P CORZINE - SSN: 450-08-xxxx    DOB: 05/1955
  Current Address: 733 WARWICK DR, PLANO, TX 75023-6806
  Current Phone: 972-881-4701 - - CORZINE JEANNIE P - CDT

MR EDWIN T CROSS - SSN: 435-43-xxxx    DOB: 07/xx/1965
  **Names Associated with Resident:**
    MR E C CROSS - SSN: 435-43-xxxx    DOB: 07/xx/1965
    MR EDWIN CROSS - SSN: 435-43-xxxx    DOB: 07/xx/1965
    MR EDWIN T TIDWELL - SSN: 435-43-xxxx    DOB: 07/xx/1965
    MR EDWIN THEOTIS CROSS - SSN: 435-43-xxxx    DOB: 07/xx/1965
  Current Address: 1452 PELICAN DR, FRISCO, TX 75033-1689

MS RACHEL LOPEZ DELROSARIO - SSN: 456-90-xxxx    DOB: 11/xx/1951
  **Names Associated with Resident:**
    MS RACHEL LOPEZ - SSN: 456-90-xxxx    DOB: 11/xx/1951
    MS RACHEL DEL - SSN: 456-90-xxxx    DOB: 11/xx/1951
    MS RACHEL DEROSARIO - SSN: 456-90-xxxx    DOB: 11/xx/1951
    MS RACHEL LOPEZ - SSN: 456-90-xxxx    DOB: 11/xx/1951
    MS RACHEL LOPEZ-DELROSARIO - SSN: 456-90-xxxx    DOB: 11/xx/1951
    MS RACHEL LOPEZDELROSARI - SSN: 456-90-xxxx    DOB: 11/xx/1951

  MS RACHEL LOPEZDELROSARIO - SSN: 456-90-xxxx    DOB: 11/xx/1951
  MS RACHEL D ROSARIO - SSN: 456-90-xxxx    DOB: 11/xx/1951
  MS RACHEL DEL ROSARIO - SSN: 456-90-xxxx    DOB: 11/xx/1951
  MS RACHEL L DEL ROSARIO - SSN: 456-90-xxxx    DOB: 11/xx/1951
  MS RACHEL L DELRASARI - SSN: 456-90-xxxx    DOB: 11/xx/1951
  MS RACHEL L DELROSARIO - SSN: 456-90-xxxx    DOB: 11/xx/1951
  MS RACHEL L LOPEZ - SSN: 456-90-xxxx    DOB: 11/xx/1951
  MS RACHEL LOPEZ DEL ROSARIO - SSN: 456-90-xxxx    DOB: 11/xx/1951
  MS RACHEL LOPEZ LOPEZ - SSN: 456-90-xxxx    DOB: 11/xx/1951
  MS RACHEL LOPEZ LOPEZ - SSN: 456-90-xxxx    DOB: 11/1951
  MS RACHEL LOPEZ-DELROSARIO DELROSARIO - SSN: 456-90-xxxx    DOB: 11/xx/1951
  MS RACHELROSARIO DEL - SSN: 456-90-xxxx    DOB: 11/xx/1951
  MS RACHEL L DELROSARIO - SSN: 457-27-xxxx    DOB: 11/xx/1951
  MS RACHEL DELROSARIO - SSN: 456-90-xxxx    DOB: 11/1951
  Current Address: 4531 BURNHILL DR, PLANO, TX 75024-7360
  Current Phone: 972-377-9177 - - DELROSARIO RACHEL L - CDT

MR ERASMO DEL DELROSARIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  **Names Associated with Resident:**
  MR ERASMO DELROSARIO - SSN: 456-90-xxxx    DOB: 11/xx/1954
  MR RACHEL DELROSAR - SSN: 458-85-xxxx    DOB: 11/xx/1954
  MR ERASMO DELROSARIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR DELROSARIO RACHEL LOPEZ - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR E DEL ROSARIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR ERASMO DEL - SSN: 583-74-xxxx    DOB: 11/1954
  MR ERASMO DEL - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR ERASMO DEL-ROSARIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR ERASMO DELDELROSARIO - SSN: 583-74-xxxx    DOB: 11/1954
  MR ERASMO DELDELROSARIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR ERASMO DELROSAIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR ERASMO DELROSARIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR ERASMO DELROSRIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR ERASMO DEROSARIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR ERASMO ROSARIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR ERASMO D DELROSARIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR ERASMO DEL ROSAIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR ERASMO DEL ROSARIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR ERASMO L DELROSARIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  MR ERASMO R DELROSARIO - SSN: 583-74-xxxx    DOB: 11/xx/1954
  Current Address: 4531 BURNHILL DR, PLANO, TX 75024-7360
  Current Phone: 972-377-9177 - - DELROSARIO ERASMO D - CDT

MR TYRONE EARL GAMBRELL - SSN: 459-25-xxxx    DOB: 08/xx/1959
  **Names Associated with Resident:**
  MR TYRON GAMBRELL - SSN: 459-25-xxxx    DOB: 08/xx/1959
  MR TYRONE E GAMBRELL - SSN: 459-25-xxxx    DOB: 08/xx/1959
  MR TYRONE E GAMBRELL - SSN: 459-25-xxxx    DOB: 08/1959
  MR TYRONE GAMBRELL - SSN: 459-25-xxxx    DOB: 08/xx/1959
  Current Address: 1638 NICOLE LN, GARLAND, TX 75040-8904
  Current Phone: 972-495-8517 - - GAMBRELL TYRONE E - CDT

MR JAMES DEAN GILLEAN - SSN: 451-31-xxxx    DOB: 11/xx/1964
  **Names Associated with Resident:**
  MR JAMES D GLLEAN - SSN: 451-31-xxxx    DOB: 11/xx/1964
  MR JAMES D GILLEAN - SSN: 451-31-xxxx    DOB: 11/1964
  MR JAMES GILLEAN - SSN: 451-31-xxxx    DOB: 11/xx/1964
  MR JAMES D GILLEAN - SSN: 451-31-xxxx    DOB: 11/xx/1964
  Current Address: 940 MARLIN DR, MESQUITE, TX 75149-4962

    Current Phone: 972-289-9827 - - GILLEAN JAMES - CDT

MR SCOTT DAVIS HASTINGS SR - SSN: 433-98-xxxx     DOB: 10/xx/1955
    **Names Associated with Resident:**
    MR D HASTINGS - SSN: 433-98-xxxx     DOB: 10/xx/1955
    MR D HASTINGS - SSN: 433-98-xxxx     DOB: 08/xx/1956
    MR HASTINGS SCOTT - SSN: 433-98-xxxx     DOB: 10/xx/1955
    MR HASTINGS SCOTT SR - SSN: 433-98-xxxx     DOB: 10/xx/1955
    MR S HASTINGS - SSN: 433-98-xxxx     DOB: 10/xx/1955
    MR SCOTT D HASLINGS SR - SSN: 433-98-xxxx     DOB: 10/xx/1955
    MR SCOTT D HASTING SR - SSN: 433-98-xxxx     DOB: 10/xx/1955
    MR SCOTT D HASTINGS - SSN: 433-98-xxxx     DOB: 10/xx/1955
    MR SCOTT D HASTINGS SR - SSN: 433-98-xxxx     DOB: 10/1955
    MR SCOTT D HASTINGS SR - SSN: 433-98-xxxx     DOB: 10/xx/1955
    MR SCOTT DAVIS HASTINGS - SSN: 433-98-xxxx     DOB: 10/xx/1955
    MR SCOTT HASTINGS - SSN: 433-98-xxxx     DOB: 10/xx/1955
    MR SCOTT D HASTINGS JR - SSN: 433-98-xxxx     DOB: 10/1955
    MR SCOTT HASTINGS - SSN: 433-98-xxxx     DOB: 10/xx/1955
    Current Address: 6402 BRANCHWOOD TRL, FLOWER MOUND, TX 75028-2461

MR MARCUS BENJAMIN HAUGHT - SSN: 467-19-xxxx     DOB: 09/xx/1966
    **Names Associated with Resident:**
    MARCUS BENJAMIN - SSN: 467-19-xxxx     DOB: 09/xx/1966
    MR MARC B HAUGHT - SSN: 467-19-xxxx     DOB: 09/xx/1966
    MR MARCUS HAUGHT - SSN: 467-19-xxxx     DOB: 09/xx/1966
    MR MARCUS HOUGHT - SSN: 467-19-xxxx     DOB: 09/xx/1966
    MR MARCUS B HAUGHT - SSN: 467-19-xxxx     DOB: 09/xx/1966
    Current Address: 908 BIRCHWOOD DR, WYLIE, TX 75098-7532

MR JAMES KEITH JEFFERS - SSN: 449-90-xxxx     DOB: 03/xx/1954
    **Names Associated with Resident:**
    MR JAMES JEFFERS - SSN: 449-90-xxxx     DOB: 03/xx/1954
    MR JAMES K JEFFERS - SSN: 449-90-xxxx     DOB: 03/xx/1954
    MR KEITH JEFFERS - SSN: 449-90-xxxx     DOB: 03/xx/1954
    MR KEITH KEITH JEFFERS - SSN: 449-90-xxxx     DOB: 03/xx/1954
    MR JAMES JEFFERS - SSN: 449-90-xxxx     DOB: 1954
    Current Address: 2814 CAPELLA CIR, GARLAND, TX 75044-6228
    Current Phone: 972-675-8950 - - JEFFERS JAMES K - CDT

MR JOHN WESLEY WILLIAMS - SSN: 463-76-xxxx     DOB: 03/xx/1947
    **Names Associated with Resident:**
    MR JOHN WWILLIAMS - SSN: 463-76-xxxx     DOB: 03/xx/1947
    MR JOHN WWILLIAMS - SSN: 463-76-xxxx     DOB: 1947
    MR JOHN W WILLIAM - SSN: 463-76-xxxx     DOB: 1947
    MR JOHN W WILLIAMS - SSN: 463-76-xxxx     DOB: 1947
    MR JOHN W WILLIAMS - SSN: 463-76-xxxx     DOB: 03/xx/1947
    Current Address: 9547 MILLERS RDG, SAN ANTONIO, TX 78239-2323

MR DARRELL LEE LEGLEITER - SSN: 513-76-xxxx     DOB: 12/xx/1961
    **Names Associated with Resident:**
    MR DARREL L LEFLEITER - SSN: 513-76-xxxx     DOB: 12/xx/1961
    MR DARREL L LEGLEITER - SSN: 513-76-xxxx     DOB: 12/xx/1961
    MR DARREL LEE LEGEITER - SSN: 513-76-xxxx     DOB: 12/xx/1961
    MR DARREL LEE LEGLEITER - SSN: 513-76-xxxx     DOB: 12/xx/1961
    MR DARRELL LEGLEITER - SSN: 513-76-xxxx     DOB: 12/xx/1961
    MR DARREL LEGLEITER - SSN: 513-76-xxxx     DOB: 12/1961
    MR DARREL LEGLEITER - SSN: 513-76-xxxx     DOB: 12/xx/1961
    Current Address: 10904 TRESTLES RD, FRISCO, TX 75035-3922

MR STEPHEN A LEVESQUE - SSN: 028-48-xxxx     DOB: 09/xx/1958
    **Names Associated with Resident:**
    MR STEPHEN A LAVESQUE - SSN: 028-48-xxxx     DOB: 09/xx/1958
    MR STEPHEN A LEVESOUE - SSN: 028-48-xxxx     DOB: 09/xx/1958
    MR STEPHEN ARTHUR LEVESQUE - SSN: 028-48-xxxx     DOB: 09/xx/1958
    MR STEPHEN E LAVESQUE - SSN: 028-48-xxxx     DOB: 09/xx/1958
    MR STEPHEN A LEVESQUE - SSN: 028-48-xxxx     DOB: 09/1958
    MR STEPHEN LEVESQUE - SSN: 028-48-xxxx     DOB: 09/xx/1958
    MR STEVE LEVESQUE - SSN: 028-48-xxxx     DOB: 09/xx/1958
    Current Address: 2204 PLUM CT, LITTLE ELM, TX 75068-5689

MS WEN J LIN - SSN: 645-38-xxxx     DOB: 01/xx/1967
    **Names Associated with Resident:**
    MS LIN WEN - SSN: 645-38-xxxx     DOB: 01/xx/1967
    MS WEN LIN - SSN: 645-38-xxxx     DOB: 01/xx/1967
    MS WEN C LIN - SSN: 645-38-xxxx     DOB: 01/xx/1967
    Current Address: 2325 ALL SAINTS LN, PLANO, TX 75025-5537

MR JOHN DAVID PALMER - SSN: 464-94-xxxx     DOB: 03/xx/1961
    **Names Associated with Resident:**
    MR D PALMER JOHN - SSN: 464-94-xxxx     DOB: 03/xx/1961
    MR JOHN D PALMER - SSN: 464-94-xxxx     DOB: 03/xx/1961
    MR JOHN PALMER - SSN: 464-94-xxxx     DOB: 03/xx/1961
    MR JOHN D PALMER - SSN: 464-94-xxxx     DOB: 03/xx/1961
    Current Address: 12772 GILLON DR, FRISCO, TX 75035-2236

MR BRIAN DOUGLAS PARNIN - SSN: 374-74-xxxx     DOB: 06/xx/1971
    **Names Associated with Resident:**
    MR BRIAN D ARNIN - SSN: 374-74-xxxx     DOB: 06/xx/1971
    MR BRIAN D PARNIM - SSN: 374-74-xxxx     DOB: 06/xx/1971
    MR BRYAN PARNIN - SSN: 374-74-xxxx     DOB: 06/xx/1971
    MR BRIAN PARNIN - SSN: 374-74-xxxx     DOB: 06/xx/1971
    MR BRIAN D PARNIN - SSN: 374-74-xxxx     DOB: 06/xx/1971
    Current Address: 1512 VISTA BEND DR, ALLEN, TX 75002-5391

MR CARL THOMAS PETERSON - SSN: 455-11-xxxx     DOB: 07/xx/1958
    **Names Associated with Resident:**
    MR C PETERSON - SSN: 455-11-xxxx     DOB: 07/xx/1958
    MR CARL PETERSON - SSN: 455-11-xxxx     DOB: 07/xx/1958
    MR CARL T PETERSON - SSN: 455-11-xxxx     DOB: 07/xx/1958
    Current Address: 7121 FOX DR, THE COLONY, TX 75056-4436

MR BILL EDWARD RUSCH - SSN: 578-72-xxxx     DOB: 01/xx/1951
    **Names Associated with Resident:**
    MR BILL E RUSCH - SSN: 578-72-xxxx     DOB: 01/xx/1951
    MR WILLIAM RUCH - SSN: 578-72-xxxx     DOB: 01/xx/1951
    MR WILLIAM RUSH - SSN: 578-72-xxxx     DOB: 01/xx/1951
    MR WILLIAM E RUSCH - SSN: 578-72-xxxx     DOB: 01/xx/1951
    MR WILLIAM E RUSCH JR - SSN: 578-72-xxxx     DOB: 01/xx/1951
    MR WILLIAM E RUSH - SSN: 578-72-xxxx     DOB: 01/xx/1951
    MR WILLIAM RUSCH - SSN: 578-72-xxxx     DOB: 01/xx/1951
    MR WILLIAM EDWARD RUSCH - SSN: 578-72-xxxx     DOB: 01/xx/1951
    MR WILLIAM E RUSCH - SSN: 578-72-xxxx     DOB: 01/1951
    Current Address: 1012 BARKRIDGE DR, MCKINNEY, TX 75069-7912
    Current Phone: 972-529-6756 - - RUSCH WILLIAM E - CDT

MR TERRY LYNN SHYKES - SSN: 565-39-xxxx     DOB: 08/xx/1960

   **Names Associated with Resident:**
   MR AJ SHYKES - SSN: 565-39-xxxx     DOB: 08/xx/1960
   MR AJ L SHYKES - SSN: 565-39-xxxx     DOB: 08/xx/1960
   MR AS SHYKES - SSN: 565-39-xxxx     DOB: 08/xx/1960
   MR TERRY SHYKES - SSN: 565-39-xxxx     DOB: 08/xx/1960
   MR TERRY L SHYKES - SSN: 565-39-xxxx     DOB: 08/xx/1960
   Current Address: 1437 JUNIPER LN, LEWISVILLE, TX 75077-2839

MS PATRICIA F SMITH - SSN: 436-88-xxxx     DOB: 12/xx/1946
   **Names Associated with Resident:**
   MS P F SMITH - SSN: 436-88-xxxx     DOB: 12/xx/1946
   MS PATRICIA SMITH - SSN: 436-88-xxxx     DOB: 12/xx/1946
   MS PATRICIA FULLER SMITH - SSN: 436-88-xxxx     DOB: 1946
   MS PATRICIA FULLER SMITH - SSN: 436-88-xxxx     DOB: 1947
   MS PATRICIA FULLER SMITH - SSN: 436-88-xxxx     DOB: 12/xx/1946
   MS PATRICIA L SMITH - SSN: 436-88-xxxx     DOB: 12/xx/1946
   MS PATRICIA S SMITH - SSN: 436-88-xxxx     DOB: 12/xx/1946
   Current Address: 9521 OVERCROSS ST, SHREVEPORT, LA 71106-7655

MR BRIAN WILLIAM SPRINGER - SSN: 524-96-xxxx     DOB: 08/xx/1959
   **Names Associated with Resident:**
   MR BRIAN SPRINGER - SSN: 524-96-xxxx     DOB: 08/xx/1959
   MR BRIAN W SPRINGER - SSN: 524-96-xxxx     DOB: 08/xx/1959
   MR BRIAN W SPRINGER - SSN: 524-96-xxxx     DOB: 08/1959
   Current Address: 103 BLUEBONNET DR, LEWISVILLE, TX 75077-6801

MR YIHONG Y XU - SSN: 375-17-xxxx     DOB: 04/xx/1966
   **Names Associated with Resident:**
   MR JAMES XU - SSN: 375-17-xxxx     DOB: 04/xx/1966
   MR JAMES XU - SSN: 375-17-xxxx     DOB: 04/xx/1966
   MR JAMES XU XU - SSN: 375-17-xxxx     DOB: 04/xx/1966
   MR JAMES Y XU - SSN: 375-17-xxxx     DOB: 04/xx/1966
   MR JAMES Y XU - SSN: 375-17-xxxx     DOB: 09/xx/1966
   MR JAMES YIHONG XU - SSN: 375-17-xxxx     DOB: 04/xx/1966
   MR XU YIHONG - SSN: 375-17-xxxx     DOB: 09/xx/1966
   MR XU YIHONG - SSN: 375-17-xxxx     DOB: 04/xx/1966
   MR YIHONG XU - SSN: 375-17-xxxx     DOB: 04/xx/1966
   MR YIHONG JAMES XU - SSN: 375-17-xxxx     DOB: 09/xx/1966
   MR YIHONG Y XU - SSN: 375-17-xxxx     DOB: 09/xx/1966
   MR YIHONG XU - SSN: 375-17-xxxx     DOB: 04/xx/1966
   Current Address: 652 WINTERBERRY LN, FRISCO, TX 75036-8850

SHAAKI D KHAAKI - SSN: 654-32-xxxx

MR MARVIN ESPINOZA

MR FREDERIC DAVIDSON

STACY LILES
   Current Address: 6901 WINDCREST DR MS D5, PLANO, TX 75024-4142

MS MERRI HARDIN

**Possible Current Businesses at Address:**
   Business Name: DCX  **Phone:**  972-378-9983
   Business Name: DXC  **Phone:**  972-378-5273
   Business Name: DXC TECHNOLOGY SERVICES LLC  **Phone:**  972-378-1716
   Business Name: DXC- WELLMARK  **Phone:**  972-378-9968

**Possible Previous Businesses at Address:**

  Business Name: AMERICAN AIRLINES INC
  Business Name: APL LIMITED  **Phone:** 510-272-7199
  Business Name: BANK OF AMERICA
  Business Name: BANK OF AMERICA CASHEDGE
  Business Name: BLUE CROSS AND BLUE SHIELD
  Business Name: BMO HARRIS BANK
  Business Name: COMPASS ONE, LLC #27050
  Business Name: COMPUTER SCIENCES CORPORATION  **FEIN:** 95-2043126
  Business Name: CSC COVANSYS CORPORATION
  Business Name: CSC LOGIC, INC.  **Phone:** 561-694-8107  **FEIN:** 75-6015157
  Business Name: DXC TECHNOLOGY SERVICES LLC AZ
  Business Name: DXC TECHNOLOGY SERVICES LLC AZPHFD
  Business Name: DXC TECHNOLOGY SERVICES LLC AZQB
  Business Name: DXC TECHNOLOGY SERVICES LLC EDS AND MERS
  Business Name: DXC TECHNOLOGY SERVICES LLC USAZTE01A
  Business Name: DXC US ADMINISTRATIVE SERVICES LLC
  Business Name: EDS AND BANK OF AMERICA
  Business Name: EDS CORP  **Phone:** 972-378-3659
  Business Name: EDS DIAL CORPORATION
  Business Name: ENTERPRISE SERVICES ADMINISTRATIVE SERVICES LLC
  Business Name: HEWLETT-PACKARD COMPANY  **FEIN:** 94-1081436
  Business Name: HP  **Phone:** 972-378-9121  **FEIN:** 94-2618409
  Business Name: HP ES  **Phone:** 972-608-0859
  Business Name: HP INTEL  **Phone:** 972-497-2100
  Business Name: HP/INTEL SOLUTION CENTER  **Phone:** 972-604-6482
  Business Name: MEDICAL PROTECTIVE COMPANY  **FEIN:** 35-0506406
  Business Name: MS D5 1E 37 DXC TECHNOLOGY SERVICES LLC
  Business Name: PERSPECTA ENTERPRISE SOLULTIONS LLC