# EXHIBIT B

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

# Comprehensive Address Report

**Date: 10/03/22**
**Reference Code: 180761.00005_B.SHELTON**
**Address:** 7000 PARKWOOD BLVD, PLANO, TX 75024-3535

**Current Ownership:**
Parcel Number - R-2590-00A-0010-1
Lot Number - 1
Name Owner 1 - EDS LEGACY PARTNERS LLC
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Land Usage - OFFICE BUILDING
Subdivision Name - EDS HEADQUARTERS
Total Value - $118,000,000
Land Value - $63,448,448
Improvement Value - $54,551,552
Year Built - 1991
Sale Date - 12/13/2018
Legal Description - EDS HEADQUARTERS (CPL), BLK A, LOT 1
Data Source - A
Name Seller 1 - DXC TECHNOLOGY SERVICES LLC


**Previous Ownership:**
Parcel Number - P-9000-217-4844-1
Name Owner 1 - BAUSCH HEALTH US LLC
Name Owner 2 - DBA BAUSCH HEALTH US
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - 400 SOMERSET CORPORATE BLVD, BRIDGEWATER, NJ 08807-2867
Land Usage - BUSINESS PERSONAL PROPERTY (GENERAL)
Legal Description - BPP AT 7000 PARKWOOD BLVD
Data Source - B

Parcel Number - R-2590-00A-0010-1
Lot Number - 1
Name Owner 1 - EDS LEGACY PARTNERS LLC
Name Owner 2 - DBA HP HEADQUARTERS
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - 300 CRESCENT CT, DALLAS, TX 75201-1876
Land Usage - OFFICE BLDG (GENERAL)
Subdivision Name - EDS HEADQUARTERS (CPL)
Total Value - $125,009,413

Land Value - $59,482,920
Improvement Value - $65,526,493
Year Built - 1991
Legal Description - EDS HEADQUARTERS (CPL), BLK A, LOT 1
Data Source - B

Parcel Number - R-2590-00A-0010-1
Lot Number - 1
Name Owner 1 - EDS LEGACY PARTNERS LLC
Name Owner 2 - DBA FORMER HP HEADQUARTERS
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - 2515 MCKINNEY AVE STE 1100, DALLAS, TX 75201-1945
Land Usage - OFFICE BLDG (GENERAL)
Subdivision Name - EDS HEADQUARTERS (CPL)
Total Value - $118,000,000
Land Value - $63,448,448
Improvement Value - $54,551,552
Year Built - 1991
Legal Description - EDS HEADQUARTERS (CPL), BLK A, LOT 1
Data Source - B

Parcel Number - R-2590-00A-0010-1
Lot Number - 1
Name Owner 1 - DXC TECHNOLOGY SERVICES LLC
Name Owner 2 - DBA HP HEADQUARTERS
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - 1775 TYSONS BLVD, MC LEAN, VA 22102-4222
Land Usage - OFFICE BLDG (GENERAL)
Subdivision Name - EDS HEADQUARTERS (CPL)
Total Value - $145,000,000
Land Value - $59,482,920
Improvement Value - $85,517,080
Year Built - 1985
Legal Description - EDS HEADQUARTERS (CPL), BLK A, LOT 1
Data Source - B

Parcel Number - P-9000-217-4844-1
Name Owner 1 - VALEANT PHARMACEUTICALS N AMERICA INC
Name Owner 2 - VALEANT PHARMACEUTICALS N AMERICA
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - 400 SOMERSET CORPORATE BLVD, BRIDGEWATER, NJ 08807-2867
Land Usage - BUSINESS PERSONAL PROPERTY (GENERAL)
Total Value - $9,904
Legal Description - BPP AT 7000 PARKWOOD BLVD
Data Source - B

Parcel Number - P-9000-211-2734-1
Name Owner 1 - WALGREEN CO
Name Owner 2 - WALGREENS #13990 REAL ESTATE PROPERTY TAX
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - PO BOX 1159, DEERFIELD, IL 60015-6002
Land Usage - BUSINESS PERSONAL PROPERTY (GENERAL)
Total Value - $37,973
Legal Description - BPP AT 7000 PARKWOOD BLVD
Data Source - B

Parcel Number - R-2590-00A-0010-1
Lot Number - 1

Name Owner 1 - HP ENTERPRISE SERVICES LLC
Name Owner 2 - HP HEADQUARTERS
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - 5400 LEGACY DR, PLANO, TX 75024-3105
Land Usage - OFFICE BLDG (GENERAL)
Subdivision Name - EDS HEADQUARTERS (CPL)
Total Value - $110,000,000
Land Value - $31,724,224
Improvement Value - $78,275,776
Year Built - 1991
Legal Description - EDS HEADQUARTERS (CPL), BLOCK A, LOT 1, ACRES 91.0360
Data Source - B

Parcel Number - P-9000-211-2734-1
Name Owner 1 - WALGREEN CO
Name Owner 2 - WALGREENS #13990 REAL ESTATE PROPERTY TAX
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - PO BOX 1159, DEERFIELD, IL 60015-6002
Land Usage - BUSINESS PERSONAL PROPERTY (GENERAL)
Total Value - $305,749
Legal Description - BPP AT 7000 PARKWOOD BLVD
Data Source - B

Parcel Number - R-9695-00A-0100-1
Name Owner 1 - ITIMEFUND LLC
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - 6617 BERMUDA DUNES DR, PLANO, TX 75093-6307
Land Usage - CONDOMINIUM (RESIDENTIAL)
Sale Date - 07/21/2014
Data Source - A
Name Seller 1 - PARKWOOD PARTNERS LLC

Parcel Number - R-9695-00E-0100-1
Name Owner 1 - NETVENTURES LLC
Address - 7000 PARKWOOD BLVD UNIT E100, PLANO, TX 75024-3535
Owner's Address - 7000 PARKWOOD BLVD UNIT E100, FRISCO, TX 75034-7406
Land Usage - COMMERCIAL BUILDING
Subdivision Name - PARKWOOD OFFICE CONDO
Total Value - $138,263
Land Value - $35,959
Improvement Value - $102,304
Year Built - 2007
Sale Date - 07/25/2014
Sale Price - $246,375
Legal Description - PARKWOOD OFFICE CONDOMINIUMS (CFR), BLDG E, UNIT 100, 0.0357142% COMMON INTEREST
Data Source - A
Name Seller 1 - PARKWOOD PARTNERS LLC

Parcel Number - R-9695-00A-0100-1
Name Owner 1 - PARKWOOD PARTNERS LLC
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - 2633 MCKINNEY AVE UNIT 130-15, DALLAS, TX 75204-2581
Land Usage - CONDOMINIUM (RESIDENTIAL)
Sale Date - 10/03/2013
Sale Price - $2,333,500
Data Source - A
Name Seller 1 - POINTBANK

Parcel Number - R-9695-00A-0100-1
Lot Number - 5
Name Owner 1 - POINT BANK
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - PO BOX 278, PILOT POINT, TX 76258-0278
Land Usage - COMMERCIAL LOT
Subdivision Name - PARKWOOD OFFICE CONDO
Total Value - $28,767
Land Value - $28,767
Sale Date - 09/28/2006
Legal Description - PARKWOOD OFFICE CONDOMINIUMS (CFR), BLDG A, UNIT 100, 0.0357142% COMMON INTEREST 0.0357142% COMMON INTEREST
Data Source - A
Name Seller 1 - JOHNSTON CHARLES E

Parcel Number - P-9000-211-2734-1
Name Owner 1 - WALGREEN CO
Name Owner 2 - DBA WALGREENS #13990
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - 300 WILMOT RD, DEERFIELD, IL 60015-4614
Land Usage - BUSINESS PERSONAL PROPERTY (GENERAL)
Total Value - $23,866
Legal Description - BPP AT 7000 PARKWOOD BLVD
Data Source - B

Parcel Number - P-9000-204-1634-1
Name Owner 1 - MOTIENT COMMUNICATIONS INC
Name Owner 2 - CONNIE ROEDER
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - 300 KNIGHTSBRIDGE PKWY, LINCOLNSHIRE, IL 60069-3625
Land Usage - OFFICE BLDG (GENERAL)
Total Value - $3,755
Legal Description - BPP AT 7000 PARKWOOD BLVD - COMMUNICATION ANTENNA AT EDS
Data Source - B

Parcel Number - R-2590-00A-0010-1
Book - 1974166
Page - 1974166
Lot Number - 1
Name Owner 1 - ELECTRONIC DATA SYSTEMS CORP
Name Owner 2 - DBA EDS HEADQUARTERS
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - 5400 LEGACY DR, PLANO, TX 75024-3105
Land Usage - COMMERCIAL (GENERAL)
Subdivision Name - EDS HEADQUARTERS
Total Value - $134,396,020
Land Value - $19,827,640
Improvement Value - $114,568,380
Year Built - 1991
Legal Description - EDS HEADQUARTERS, BLOCK A, LOT 1
Data Source - B

Parcel Number - P-9000-204-1634-1
Name Owner 1 - MONTIENT COMMUNICATIONS INC
Name Owner 2 - CONNIE ROEDER
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - 300 KNIGHTSBRIDGE PKWY, LINCOLNSHIRE, IL 60069-3625
Total Value - $49,060

Legal Description - BPP AT 7000 PARKWOOD BLVD - COMMUNICATION ANTENNA AT EDS
Data Source - B

Parcel Number - R-2590-00A-0010-1
Lot Number - 1
Name Owner 1 - ELECTRONIC DATA SYSTEMS CORP
Address - 7000 PARKWOOD BLVD, PLANO, TX 75024-3535
Owner's Address - 5400 LEGACY DR, PLANO, TX 75024-3105
Land Usage - COMMERCIAL (NEC)
Subdivision Name - EDS HEADQUARTERS
Total Value - $124,276,080
Land Value - $19,827,640
Improvement Value - $104,448,440
Year Built - 1991
Sale Date - 01/01/2001
Legal Description - EDS HEADQUARTERS, BLOCK A, LOT 1 ABST/SUB ID S2590
Data Source - A
Name Seller 1 - ELECTRONIC DATA SYSTEMS CORP

**Business Phones at Address:**
972-608-1098 - - EDS CORP - CDT

**Possible Current Residents:**
[None Found]

**Possible Previous Residents:**
MR ANTON V SKOROPISTSEV - SSN: 052-64-xxxx     DOB: 07/xx/1970
    **Names Associated with Resident:**
    MR AN SKOROPISTSEV - SSN: 052-64-xxxx     DOB: 07/xx/1970
    MR ANTON SKOROPISTEV - SSN: 052-64-xxxx     DOB: 07/xx/1970
    MR ANTON SKOROPISTSEV - SSN: 052-64-xxxx     DOB: 07/xx/1970
    MR ANTON V SKOROPISTEV - SSN: 052-64-xxxx     DOB: 07/xx/1970
    MR ANTON SKOROPISTEV - SSN: 052-64-xxxx     DOB: 07/1970
    MR ANTON SKOROPISTSEV - SSN: 052-64-xxxx     DOB: 07/1970
    Current Address: 4146 N KOSTNER AVE, CHICAGO, IL 60641-1927

MR ANTON SKOROPISTSEV - SSN: 052-64-xxxx     DOB: 07/1937
    **Names Associated with Resident:**
    MR ANTON SKOROPISTEV - SSN: 052-64-xxxx     DOB: 07/1937
    Current Address: PLANO

CHAOS ZERO
    Current Address: PLANO

MS SANDIE COLQUHOUN
    Current Address: PLANO

MCDONALD SCOTT
    Current Address: PLANO

ARAMARK EDS
    Current Address: PLANO

EDS EDS
    Current Address: PLANO

AP EDS
    Current Address: PLANO

MS KEDISHA LYSEIGHT
    Current Address: 1701 9TH ST, WICHITA FALLS, TX 76301-5002

SULLY JOHSUN
    Current Address: PLANO

JORDAN HENDERSON
    Current Address: PLANO

MR JOHN HENDERSON
    Current Address: PLANO

MR SAMUEL ADDAMS CAULFIELD
    Current Address: PLANO

MS AMANDA DORTCH
    Current Address: PLANO

DALLAS TAYLOR FOX
    Current Address: PLANO

**Current Vehicles Registered at Address:**
[None Found]

**Previous Vehicles Registered at Address:**
**Vehicle:**
    Description - White 2019 Lexus IS - Sedan 4 Door
    License Plate - MHY7593
    License Plate Type - Private
    VIN - JTHBZ1D23K5034745
    State of Origin - Texas
    Expiration Date - 07/31/2021
    Engine Size - 214
    Number of Cylinders - 6
    Body - Sedan 4 Door
    Record Type - Historical
        Data Source - Governmental

    *Registrant(s)*
        Name: DALLAS TAYLOR FOX   Gender: U
        Address: 7000 PARKWOOD BLVD, PLANO, TX 75024-3535, COLLIN COUNTY

    *Lien Holder*
        [None Found]


**Possible Current Businesses at Address:**
    Business Name: EDS CORP  **Phone:**  972-608-1098

**Possible Previous Businesses at Address:**
    Business Name: CAMERON FINANCIAL  **Phone:**  972-618-5231
    Business Name: CARPET CLEANING SERVICES  **Phone:**  469-750-0919
    Business Name: CARPETCLEANING SERVICES  **Phone:**  469-750-0919
    Business Name: CB RICHARD ELLIS INC
    Business Name: CBRE, INC.  **FEIN:**  94-3391143
    Business Name: CLEVELAND-CLIFFS STEEL LLC  **FEIN:**  71-0871875
    Business Name: CREDIT UNION INTOUCH  **Phone:**  972-403-0219
    Business Name: EDS ADMINISTRATION BLDG  **Phone:**  972-605-6000

    Business Name: EDS ADMINISTRATION BUILDING  **Phone:**  972-605-6000
    Business Name: EDS/DXC  **Phone:**  972-608-1098
    Business Name: HEWLETT PACKARD ENTERPRISE
    Business Name: INSLAND STEEL ACCOUNTS PAYABLE  **Phone:**  972-605-0113
    Business Name: WALGREEN DRUG STORES  **Phone:**  972-378-3871
    Business Name: WALGREENS  **Phone:**  972-378-3871  **FEIN:**  62-1625299
    Business Name: WALGREENS #11567
    Business Name: WALGREENS #13990
    Business Name: WALGREENS PHARMACY 13990  **Phone:**  972-378-3871

**Bankruptcies:**

[None Found]


**Liens and Judgments:**

[None Found]