# EXHIBIT C

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:**  Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

# Comprehensive Address Report

**Date: 10/03/22**
**Reference Code:  180761.00005_B.SHELTON**
**Address:**  2800 DALLAS PKWY STE 200, PLANO, TX 75093-5994

**Current Ownership:**
Parcel Number - P-9000-208-3774-1
Name Owner 1 - LHP HOSPITAL GROUP INC
Address - 2800 DALLAS PKWY STE 200, PLANO, TX 75093-5994
Owner's Address - 2400 DALLAS PKWY STE 450, PLANO, TX 75093-4373
Land Usage - BUSINESS PERSONAL PROPERTY (GENERAL)
Total Value - $564,698
Legal Description - BPP AT 2800 DALLAS PKWY
Data Source - B


**Previous Ownership:**
Parcel Number - P-9000-208-3774-1
Name Owner 1 - LEGACY HOSPITAL GROUP
Name Owner 2 - DBA LHP HOSPITAL GROUP INC
Address - 2800 DALLAS PKWY STE 200, PLANO, TX 75093-5994
Owner's Address - 2800 DALLAS PKWY STE 200, PLANO, TX 75093-5994
Land Usage - BUSINESS PERSONAL PROPERTY (GENERAL)
Total Value - $711,116
Legal Description - BPP AT 2800 DALLAS PKWY
Data Source - B

Parcel Number - P-9000-208-3774-1
Name Owner 1 - LEGACY HOSPITAL PARTNERS
Address - 2800 DALLAS PKWY STE 200, PLANO, TX 75093-5994
Owner's Address - 2800 DALLAS PKWY STE 200, PLANO, TX 75093-5994
Land Usage - OFFICE BLDG (GENERAL)
Total Value - $29,900
Legal Description - BPP AT 2800 DALLAS PKWY
Data Source - B


**Business Phones at Address:**
972-473-4663 - - BEL - CDT
972-473-4672 - - BEL - CDT
972-473-4851 - - BEL - CDT

972-473-4853 - - BEL - CDT
972-403-3100 - - DANIEL J HOPSON - CDT
972-943-1700 - - LHP LEGACY HOSPITAL PARTNERS INC - CDT

**Possible Current Residents:**
MR ROBERT MARK ASHFIELD - SSN: 636-50-xxxx     DOB: 10/xx/1966
    **Names Associated with Resident:**
    MR ASHFIELD M ASHFIELD - SSN: 636-50-xxxx     DOB: 10/xx/1966
    MR ROB ASHFEILD - SSN: 636-50-xxxx     DOB: 10/xx/1966
    MR ROB ASHFIELD - SSN: 636-50-xxxx     DOB: 10/xx/1966
    MR ROBERT ASHFIELD - SSN: 636-50-xxxx     DOB: 10/xx/1966
    MR ROBERT M ASHFIELD - SSN: 636-50-xxxx     DOB: 10/xx/1966

**Possible Previous Residents:**
MR DINESH KAN BHUTANI - SSN: 037-62-xxxx     DOB: 05/xx/1973
    **Names Associated with Resident:**
    DINESH BHUTANI - SSN: 037-62-xxxx     DOB: 05/xx/1973
    DINESH BUTANI - SSN: 037-62-xxxx     DOB: 05/xx/1973
    DINESH K BUTANI - SSN: 037-62-xxxx     DOB: 05/xx/1973
    DINESH K BUTANU - SSN: 037-62-xxxx     DOB: 05/xx/1973
    Current Address: 3728 NORMANDY AVE, DALLAS, TX 75205-2105

MR GREGORY LEE HACKNEY - SSN: 459-63-xxxx     DOB: 05/xx/1976
    **Names Associated with Resident:**
    MR G HACKNEY - SSN: 459-63-xxxx     DOB: 05/xx/1976
    MR GREG HACKNEY - SSN: 459-63-xxxx     DOB: 05/xx/1976
    MR GREG L HACKNEY - SSN: 459-63-xxxx     DOB: 05/xx/1976
    MR GREGORY HACKNEY - SSN: 459-63-xxxx     DOB: 05/xx/1976
    MR GREGORY L HACKNEY - SSN: 459-63-xxxx     DOB: 05/xx/1976
    Current Address: 15851 DALLAS PKWY STE 345, ADDISON, TX 75001-9601

POCATELLO HOSPITOL - SSN: 263-75-xxxx
    **Names Associated with Resident:**
    POCATELLO LLC - SSN: 263-75-xxxx
    Current Address: PLANO

MR DANIEL J MOEN
    Current Address: PLANO

MR TOM H FRAZIER JR
    Current Address: PLANO

MR BRADY D STURGEON
    Current Address: PLANO

MR JAMES B SHANNON
    Current Address: PLANO

MR JOE N JOHNSON JR
    Current Address: PLANO

MR WILLIAM J HIBBITT
    Current Address: PLANO

**Current Vehicles Registered at Address:**
[None Found]

**Previous Vehicles Registered at Address:**
[None Found]

**Possible Current Businesses at Address:**
    Business Name: LHP LEGACY HOSPITAL PARTNERS INC  **Phone:** 972-943-1700

**Possible Previous Businesses at Address:**
    Business Name: BAY COUNTY HEALTH SYSTEM, LLC
    Business Name: BAY COUNTY SACRED HEART  **Phone:** 504-620-4706
    Business Name: C SHERMAN OF GRAYSON HOSPITAL LL
    Business Name: CHIRON POINT INVESTMENT FUND I, LLC
    Business Name: CLEMENTS CLINIC  **Phone:** 972-403-1049
    Business Name: HH KILLEEN HEALTH SYSTEM LLC  **Phone:** 562-235-3285
    Business Name: HH OF KILLEEN HEALTH SYSTEMS LLC
    Business Name: HH/KILLEEN HEALTH SYSTEM LLC
    Business Name: JJS AVIATION LLC
    Business Name: JJS HANGAR LLC
    Business Name: JJS HANGAR LLC #200
    Business Name: LC HH OF KILLEEN HEALTH SYSTEMS L
    Business Name: LEGACY HOSPITAL PARTNERS, INC.  **Phone:** 866-465-9222  **FEIN:** 26-1338856
    Business Name: LHP
    Business Name: LHP BAY COUNTY, LLC
    Business Name: LHP HH/KILLEEN, LLC  **Phone:** 469-687-6337
    Business Name: LHP HOSPITAL GROUP , INC.  **Phone:** 972-943-1700  **FEIN:** 26-1338856
    Business Name: LHP MANAGEMENT SERVICES LLC  **Phone:** 866-465-9222
    Business Name: LHP MONTCLAIR LLC  **Phone:** 972-943-1700
    Business Name: LHP OPERATIONS CO., LLC
    Business Name: LHP POCATELLO LLC
    Business Name: LHP POCATELLO,LLC
    Business Name: LHP SHERMAN/GRAYSON LLC  **Phone:** 972-943-1700
    Business Name: LHP SOUTHWEST CONN LLC
    Business Name: LHP SW CONNECTICUT LLC
    Business Name: LHP TEXAS PHYSICIANS LLC
    Business Name: LL SHERMAN OF GRAYSON HEALTH SVCS
    Business Name: MEDIGAIN LLC
    Business Name: MONTCLAIR HEALTH SERVICES LLC
    Business Name: MONTCLAIR HEALTH SYSTEM LLC
    Business Name: PASCACK VALLEY HOSPITAL LLC
    Business Name: PHNS INC.  **Phone:** 903-813-4980
    Business Name: PHS MD #1 LLC
    Business Name: PHS MD #2, LLC
    Business Name: POCATELLO HEALTH SERVICES LLC
    Business Name: POCATELLO HOSPITAL LLC
    Business Name: PORTNEUF MEDICAL CENTER LLC
    Business Name: SETON MEDICAL CENTER HARKER HEIGHTS
    Business Name: SHERMAN GRAYSON HOSPITAL LLC
    Business Name: SHERMAN OF GRAYSON HEALTH SVCS LL
    Business Name: SHERMAN OF GRAYSON HOSPITAL LL C
    Business Name: SHERMAN/GRAYSON HEALTH SERVICES LLC
    Business Name: SHERMAN/GRAYSON HEALTH SYSTEM, LLC
    Business Name: SHERMAN/GRAYSON HOSPITAL LLC
    Business Name: SOUTHWEST CONNECTICUT HEALTH SYSTEM, LLC
    Business Name: TEXAS CENTER FOR BRAIN HEALTH, PLLC

**Bankruptcies:**
[None Found]

**Liens and Judgments:**
    Type: STATE TAX LIEN
    Court: MISSISSIPPI DEPT OF REVENUE, MS
    Case Number: 1020755
    Amount: $8,598

Date Filed: 02/20/2019
Debtor: INDIGO AMERICA INC
Debtor Address: 2800 DALLAS PKWY STE 200, PLANO TX 75093-5994
   Creditor: STATE OF MISSISSIPPI