IN THE UNITED STATES DISTRICT COURT
FOR TH EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AX WIRELESS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§  CASE NO. 2:22-cv-279-JRG-RSP<br>§<br>§<br>§<br>§<br>§<br>§ |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR IMPROPER VENUE UNDER RULE 12(B)(3)**

Before the Court is Defendant's Motion to Dismiss for Improper Venue Under Rule 12(b)(3) ("Motion"). Having considered Defendant's Motion, Plaintiff's response thereto and any reply, the Court is of the opinion that the Motion should be and hereby is **GRANTED** and the case is hereby dismissed.

**SO ORDERED**.